EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: Antonio J. Soler Pérez | 2020 TSPR 15<br><br>203 DPR _____ |

Número del Caso: TS-12,845

Fecha: 18 de febrero de 2020

Abogado de la parte peticionaria:

Por derecho propio

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Antonio J. Soler Pérez

TS-12,845

RESOLUCIÓN

En San Juan, Puerto Rico, a 18 de febrero de 2020.

Examinada la *Moción de reinstalación al ejercicio de la abogacía* presentada por el peticionario, se reinstala al señor Antonio J. Soler Pérez al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Jose Ignacio Campos Pérez
Secretario del Tribunal Supremo